J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South #201
Orem, UT 84058
(801) 426-4700

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 SEP -4 AM 11: 23

DISTRICT OF UTAH
MAIL

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE | ) | Case No. 08-26064 RKM |
| MONTE K. WRIGHT | ) | Chapter 7 |
| Debtor(s) | ) | NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY |

\* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On August 31, 2009, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained two claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437222787.

4. The Trustee hereby notifies the Court of the payment of the following claims to the registry:

|  |  |
|---|---|
| Claim No.: | 1 |
| Claimant: | PYOD, LLC |
|  | Resurgent Capital Services |
|  | PO Box 10587. |
|  | Greenville, SC 29603-0587 |
| Claim Amount: | $61.51 |
| Distribution: | $1.48 |
|  |  |
| Claim No.: | 3 |
| Claimant: | PYOD, LLC |
|  | Resurgent Capital Services |
|  | PO Box 10587 |
|  | Greenville, SC 29603-0587 |
| Claim Amount: | $60.00 |
| Distribution: | $1.44 |

5. Checks in the amounts of $1.48 and $1.44 representing the foregoing claims have been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and are enclosed herein.

DATED: 9-1-2009

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the _3rd_ day of _September_, 2009:

PYOD, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

_Melanie Valdevama_